IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN GARRISON,
CORA GARRISON, and
PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Plaintiffs,

v.                                                                                          No. 22-cv-0091 GJF/SMV

JASON J. MOORE,
dba MOORE'S AUTO SALES,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    May 13, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **May 13, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    IT IS SO ORDERED.

                                                       **STEPHAN M. VIDMAR**
                                                       **United States Magistrate Judge**