**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JONATHAN GARRISON,
CORA GARRISON, and
PROGRESSIVE AMERICAN INSURANCE
COMPANY,

       Plaintiffs,

v.                                      **No. 22-cv-0091 GJF/SMV**

JASON J. MOORE,
dba MOORE'S AUTO SALES,

       Defendant.

<u>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**</u>

**Date and time:**     July 1, 2022, at 1:30 p.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

     A telephonic status conference is set for **July 1, 2022, at 1:30 p.m. MDT.**  Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

     **IT IS SO ORDERED.**

 

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**