IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHON GARRISON,
CORY GARRISON, and
PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Plaintiffs,

v.                                                                                               No. 22-cv-0091 GJF/SMV

JASON J. MOORE,
dba MOORE'S AUTO SALES,

    Defendant.

## ORDER AMENDING CASE CAPTION

This matter comes before the Court sua sponte. Plaintiffs' counsel notified the Court at a status conference on July 28, 2022, that Mr. and Mrs. Garrison's first names are spelled "Jonathon" and "Cory," respectively. The caption should be amended accordingly.

**IT IS THEREFORE ORDERED** that the caption in this matter be amended to be:

JONATHON GARRISON,
CORY GARRISON, and
PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Plaintiffs,

v.                                                                                              No. 22-cv-0091 GJF/SMV

JASON J. MOORE,
dba MOORE'S AUTO SALES,

    Defendant.

The caption included on this Order is the amended caption. The Clerk of Court is DIRECTED to modify the docket to reflect the correct caption.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**